ROBERT E. ATKINSON, ESQ., Bar No. 9958
Email: robert@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
8965 S Eastern Ave, Suite 260
Las Vegas, NV 89123
Telephone: (702) 614-0600
Facsimile: (702) 614-0647
*Attorney for Appellee Brian D. Shapiro, Trustee*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>V'GUARA, INC.<br><br>Debtor | Case 2:16-cv-00630-GMN<br><br>*Appeal from the Bankruptcy Court*<br>Nevada Bankruptcy Case No. 15-14995-abl<br>Chapter 7 |
| S&D BEVERAGES, LLC;<br>DM DISTRIBUTING, LLC;<br>DONALD MCLEAN, an individual; and<br>STEVE DEC, an individual;<br><br>    Appellants<br><br>v.<br><br>V'GUARA, INC.; and<br>BRIAN D. SHAPIRO, Trustee;<br><br>    Appellees | **STIPULATION AND ORDER TO DISMISS APPEAL** |

///
///
///
///
///
///

1

All appellants (S&D BEVERAGES, LLC; DM DISTRIBUTING, LLC; DONALD MCLEAN, STEVE DEC) and both appellees (V'GUARA, Inc. and BRIAN D. SHAPIRO, Trustee) hereby stipulate as follows:

1. This appeal shall be dismissed in its entirety.

IT IS SO STIPULATED.

# # # # # #

DATED: April 27, 2016                                  DATED: April 29, 2016

_/s/ Robert Atkinson_
ROBERT ATKINSON, Esq.                                  Herbert Terrell, Esq.
*Attorney for Brian D. Shapiro, Trustee*               Patricia Marr, Esq.
                                                       *Attorneys for all Appellants*

DATED: April 27, 2016

_/s/ Candice Renka_
CANDICE E. RENKA, Esq.
*Attorney for V'Guara, Inc.*

# # # # # #

**IT IS SO ORDERED.**

_____
DISTRICT COURT JUDGE
DATED: May 2, 2016